**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF L.D.W., A MINOR   :   No. 407 MAL 2018

                                         :

                                         :

PETITION OF:  L.D.W., A MINOR       :   Petition for Allowance of Appeal from

                                         :   the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.